AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of New Mexico

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Salvador MORENO-Primo | )  Case No. 26MJ453 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___February 04, 2026___ in the county of ___Hidalgo___ in the

state and District of ___New Mexico___, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| COUNT 1: 8 USC 1324(a)(1)(A)(v)(I) | Knowingly, intentionally, and unlawfully conspired, combined, confederated and agreed with others known and unknown, to commit offenses against the United States, namely: to transport, move, and attempt to transport and move an alien within the United States by means of transportation and otherwise |

This criminal complaint is based on these facts:

On February 4, 2026, Border Patrol Agents (BPA) were assigned line watch duties in the Lordsburg, New Mexico, Border Patrol area of responsibility within Hidalgo County. A BPA responded to a trail assignment near Hachita, New Mexico, which was on a mountain range notorious for illegal alien border crossings. A BPA observed individuals dressed in camouflage clothing attempting to conceal themselves in a wash. The BPA approached the individuals and identified himself as a United States Border Patrol Agent. The BPA questioned

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Sergio Garcia, Border Patrol Agent
*Printed name and title*

Electronically submitted and telephonically sworn to before me:    05 KS

Date: ___02/06/2026___

_____
*Judge's signature*

City and state:    Las Cruces, New Mexico

Kevin R. Sweazea, U.S. Magistrate Judge
*Printed name and title*

District Of New Mexico

U.S. v.    Salvador MORENO-Primo

Criminal Complaints (Continued)

the four individuals as to their citizenship. The individual, later identified as MORENO-Primo, Salvador (here by referred to as MORENO), admitted to being a citizen and national of Mexico, illegally present in the United States, without any legal documents that would allow him to stay in the country legally.  All individuals were placed under arrest and transported to the Lordsburg Border Patrol Station. At approximately 12:00 pm a BPA conducted a post Miranda interview of MORENO. MORENO had his right read to him by the BPA in the Spanish language via government for I-214 and he acknowledged that he understood his rights and was willing to answer questions.

MORENO provided a post-Miranda statement, not verbatim, regarding his involvement in the smuggling scheme. MORENO stated that he lives in Mexico. MORENO stated that a co-conspirator coordinated his illegal crossing into the United States. MORENO stated that he was instructed by the co-conspirator to travel to a local hotel in Mexico. MORENO stated that once he arrived at the hotel, he received instructions to guide three individuals into the United States illegally and met the three individuals. MORENO further indicated that he was told he would receive financial compensation when all individuals made it to their destination in California. MORENO stated that he used his cell phone to communicate with the co-conspirators and guided the individuals by using maps to update the driver on their location. MORENO also stated that he was familiar with area because he had previously entered illegally. MORENO stated that he did not meet the co-conspirator driver, however the driver was going to pick them up near the 35-mile marker on Highway 9 in New Mexico.

Conclusion:
Based on the aforementioned facts, the affiant believes there is probable cause to conclude that MORENO-Primo, Salvador, violated Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) Conspiracy to Transport Illegal Aliens. The case was presented to Assistant United States Attorney (AUSA), who accepted prosecution. MORENO-Primo, Salvador will be charged accordingly under 8 USC 1324 (Conspiracy to Transport).

_____
Signature of Judicial Officer

_____
Signature of Complainant

Garcia, Sergio
Filing Agent